UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| AUTO-DIMENSIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION; AAVID THERMALLOY LLC,<br><br>    Defendants.<br><br>v.<br><br>AUTO-DIMENSIONS LLC, ACACIA RESEARCH GROUP LLC<br><br>    Counterclaim Defendants.<br><br>and<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>SOFTECH, INC.<br><br>    Third Party Defendant. | Civil Action No. 1:13-CV-12747-GAO |

**STIPULATION FOR DISMISSAL OF CLAIMS**

IT IS HEREBY STIPULATED by Plaintiff and Counterclaim Defendant Auto-Dimensions LLC, Counterclaim Defendant Acacia Research Group LLC and Defendant, Counterclaimant Dassault Systèmes SolidWorks Corporation ("SolidWorks"), and Defendant Aavid Thermalloy LLC ("Aavid")  (collectively, the "Parties"), pursuant to Fed. R. Civ. P.

1

41(a)(1)(A)(ii) and (c), that all Auto-Dimensions LLC's claims against SolidWorks and Aavid in the above-captioned action are dismissed with prejudice and Defendants' counterclaims against Auto-Dimensions LLC and Acacia Research Group LLC in the above-entitled action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).  No other claims or causes of action asserted by SolidWorks against SofTech, Inc. in this action are affected by this Order.

Dated:  November 19, 2014          Respectfully submitted,

**COUNSEL FOR AUTO-DIMENSIONS LLC.**

*/s/ John R. Posthumus*
John R. Posthumus (admitted *pro hac vice*)
Justin R. Cruz (admitted *pro hac vice*)
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone:  303.863.9700
jposthumus@sheridanross.com;
jcruz@sheridanross.com;
litigation@sheridanross.com

Daniel P. Tighe (BBO 556583)
dtighe@princelobel.com
Asya Calixto (BBO 682238)
acalixto@princelobel.com
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone:  617.456.8000
Fax:  617.456.8100

Assented to,

Dated:  November 19, 2014          **COUNSEL FOR ACACIA RESEARCH GROUP LLC**

*/s/ Travis Brennan*

        Robert Gilman
        rgilman@hayesmessina.com
        HAYES MESSINA GILMAN HAYES LLC
        200 State Street, 6th Floor
        Boston, Massachusetts 02109

        Travis Brennan
        tbrennan@sycr.com
        STRADLING YOCCA CARLSON & RAUTH, P.C.
        660 Newport Center Drive, Suite 1600
        Newport Beach, CA 92660


        Assented to,

Dated: November 19, 2014        **COUNSEL FOR AAVID THERMALLOY LLC**

        */s/ Darren Mogil*
        Martin Pavane (pro hac vice)
        mpavane@cozen.com
        Darren Mogil
        dmogil@cozen.com
        COZEN O'CONNOR
        277 Park Avenue
        New York, NY 10172
        Phone: 212.883.4994
        Fax: 646-588-1478


        Assented to,

Dated: November 19, 2014        **COUNSEL FOR DASSAULT SYSTÈMES SOLIDWORKS CORPORATION**

        */s/ Evette Pennypacker*
        Claude Stern (pro hac vice)
        claudestern@quinnemanuel.com
        Evette Pennypacker (pro hac vice)
        evettepennypacker@quinnemanuel.com
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        555 Twin Dolphin Dr., FL. 5
        Redwood Shores, California 94065
        Telephone: (650) 801-5000
        Fax: (650) 801-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 19, 2014 and that any non-registered participants to whom non-electronic service must be made will be served by electronic mail.

/s/ John R. Posthumus